UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mitchell Boots, and Tracy Fortman, individually on behalf of the proposed Rule 23 class, | Civ. No. 17-3401 (PAM/SER) |
| Plaintiffs, | |
| v. | **ORDER** |
| Kona Sushi, Inc. d/b/a Kona Grill, | |
| Defendant. | |

This matter is before the Court on Defendant's Notice of Bankruptcy Filing. (Docket No. 99.) Defendant has filed for bankruptcy protection in the United States Bankruptcy Court for the District of Delaware, and under the Bankruptcy Code, this matter is automatically stayed. 11 U.S.C. § 362(a)(1).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Clerk is **DIRECTED** to administratively terminate this case, without prejudice to the right of any party to move to reopen the proceedings for good cause, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation; and

2. Defendant shall notify the Court within 14 days of the Bankruptcy Court lifting the automatic stay.

Dated: May 2, 2019

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge